

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00367-CV

**IN THE ESTATE OF** Ramiro **AGUILAR** Jr.

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the probate court's Order Approving Claim and Reimbursement of Expenses is AFFIRMED. Costs of appeal are assessed against Appellants Anthony C. Aguilar and Michael A. Aguilar.

SIGNED May 28, 2014.

_____
Karen Angelini, Justice